IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO.  04-30059-GPM |
| | ) |
| MARK LENNOX, | ) |
| | ) |
| Defendant. | ) |

# ORDER OF DISMISSAL

**MURPHY, Chief District Judge:**

On motion of the Government and the Court being advised that Defendant has fulfilled all the terms and conditions of the Pre-Trial Diversion Agreement approved by this Court on May 17, 2004 (*see* Doc. 5), the motion to dismiss (Doc. 6) is **GRANTED**, and the information filed in this case is hereby **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED:  03/30/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge